IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE ARREST WARRANT AND COMPLAINT FOR CHRISTOPHER VOLDEN | Magistrate No. 2:21 mj 478<br><br>Magistrate Judge Elizabeth A. Preston Deavers<br><br>UNDER SEAL |

## MOTION TO SEAL ARREST WARRANT

AND NOW comes the United States of America by its attorneys, Vipal J. Patel, United States Attorney for the Southern District of Ohio, and **Michael Hunter**, Assistant United States Attorney for said District, and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed until **January 31, 2022**, or until further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

Vipal J. Patel
United States Attorney

By: **S/MICHAEL HUNTER**
Assistant U.S. Attorney