IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUL 20 PM 4: 11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE ARREST WARRANT AND COMPLAINT FOR CHRISTOPHER VOLDEN | Magistrate No. mj 478 2:21<br><br>Magistrate Judge ~~Elizabeth A. Preston-Deavers~~ KING<br><br>UNDER SEAL |

### ORDER

AND NOW, to wit, this **20th day of July, 2021**, upon consideration of the arrest warrant for Christopher VOLDEN, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any and all papers filed in the above-captioned matter, together with this Motion and Order to Seal are hereby SEALED until **January 31, 2022**, or until further Order of Court.

_____
The Honorable ~~Elizabeth A. Preston-Deavers~~ N. M. KING
United States Magistrate Judge
Southern District of Ohio

7/20/2021