Mag. Judge King          **ATTACHMENT A to Seal:**

| 2:21-MJ-478 | | |
|---|---|---|
| | | |