Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:21-mj-00551-DTS-1

Case title: USA v. Volden

Date Filed: 07/28/2021
Date Terminated: 07/29/2021

Assigned to: Magistrate Judge David T. Schultz

### Defendant (1)

**Christopher Volden**  
*TERMINATED: 07/29/2021*

represented by **Keala C Ede**  
Office of the Federal Defender  
300 South Fourth Street, Suite 107  
Minneapolis, MN 55415  
612-664-5858  
Fax: 612-664-5850  
Email: keala_ede@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**Katherian D Roe**  
Office of the Federal Defender  
300 S 4th St Ste 107  
Mpls, MN 55415  
612-664-5858  
Fax: 612-664-5850  
Email: katherian_roe@fd.org  
*TERMINATED: 07/29/2021*  
Designation: Public Defender or Community Defender Appointment

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts

### Disposition

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alexander D. Chiquoine** <br> DOJ-USAO <br> 600 U.S. Courthouse <br> 300 South Fourth Street <br> Minneapolis, MN 55415 <br> 612-664-5729 <br> Email: alexander.chiquoine@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2021 | | Arrest (Rule 5) of Christopher Volden.(SAE) (Entered: 07/28/2021) |
| 07/28/2021 | 1 | Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Initial Appearance in Rule 5(c) (3) Proceedings as to Christopher Volden held on 7/28/2021. Charges from the Southern District of Ohio. Counsel to be appointed. Government moves for detention. Motion is granted, temporary detention ordered. Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz. Removal hearing waived. Removal Order to be issued. Defendant consents to this hearing via video conference. (SAE) (Entered: 07/28/2021) |
| 07/28/2021 | 5 | ORDER OF PRELIMINARY DETENTION as to Christopher Volden. Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz. Signed by Magistrate Judge David T. Schultz on 7/28/2021. (SAE) (Entered: 07/29/2021) |
| 07/29/2021 | 2 | FILED IN ERROR - NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Christopher Volden. (Ede, Keala) Modified text on 7/29/2021 (KDS). (Entered: 07/29/2021) |
| 07/29/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Christopher Volden. (Ede, Keala) (Entered: 07/29/2021) |
| 07/29/2021 | 4 | LETTER TO MAGISTRATE JUDGE *David T. Schultz* by Christopher Volden (Ede, Keala) (Entered: 07/29/2021) |

| 07/29/2021 | 6 | (Text-Only) NOTICE TO ATTORNEY as to Christopher Volden: Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz is CANCELED per 4 Letter to Magistrate Judge. (SAE) (Entered: 07/29/2021) |
|---|---|---|
| 07/29/2021 | 7 | ORDER OF REMOVAL to the Southern District of Ohio as to Christopher Volden. Signed by Magistrate Judge David T. Schultz on 7/29/2021. (SAE) (Entered: 07/29/2021) |
| 07/29/2021 | 8 | Notice to Southern District of Ohio of a Rule 5 as to Christopher Volden. Your case number is: 2:21mj478. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (SAE) (Entered: 07/29/2021) |