**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL

United States of America,

    Plaintiff,

v.

Christopher Volden,

    Defendant.

BEFORE: DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-551 DTS |
| Date: | July 28, 2021 |
| | Video Conference |
| Time Commenced: | 1:46 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 16 minutes |

APPEARANCES:

 Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
 Defendant: Keala Ede
   X FPD  X To be appointed

 X Advised of Rights

on X Complaint

X Date charges or violation filed:
X Current Offense: Possession and conspiracy to manufacture, distribute, possess with intent to distribute LSD and MDMA
X **Charges from other District:** Southern District of Ohio
X Title and Code of underlying offense from other District: 21:841
X Case no: 2:21mj478

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is July 30, 2021 at 10:00 a.m. via video conference before U.S. Magistrate Judge David T. Schultz for:
X Detention hrg X Preliminary hrg


X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                  s/ JAM
               Signature of Courtroom Deputy