**OFFICE OF THE**
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

July 29, 2021

<u>**VIA ECF & EMAIL**</u>

Honorable David T. Schultz
United States Magistrate Judge
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Email: MND_Duty_Chambers@mnd.uscourts.gov

Re:  *United States v. Christopher Volden*
     Case No. 21mj551 (DTS)

Dear Magistrate Judge Schultz:

I am writing to inform the Court that I have met with my client, Christopher Volden, and discussed his rights to the preliminary and detention hearings currently scheduled for Friday, July 30, 2021 at 10:00 a.m. Mr. Volden wishes to inform the Court that he will reserve both his detention and preliminary hearing, and that he elects to have those hearings held in the Southern District of Ohio, which is the District where this prosecution is pending. Mr. Volden therefore requests to waive the July 30, 2021 court appearance for the preliminary and detention hearings here in the District of Minnesota.

Mr. Volden understands his rights to have these hearings here in the District of Minnesota, and that this decision will require him to remain in custody, at least through his next Court appearance in the Southern District of Ohio.

| | | |
|---|---|---|
| Hon. David T. Schultz | Page 2 | RE: *United States v. Volden* |
| July 29, 2021 | | Case No. 21mj551 (DTS) |

Should the Court have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*/s/ Keala C. Ede*

KEALA C. EDE
Assistant Federal Defender

KCE/tab

cc: Christopher Volden (*via U.S. mail*)
AUSA Alexander Chiquoine (*via ECF and email*)
AUSA Michael Hunter, S.D. Ohio (*via ECF and email*)
USPO Houa Vang (*via ECF and email*)