UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                    Case No: 21-mj-551 DTS


                    Plaintiff,

v.

                                                    ORDER OF PRELIMINARY
                                                    DETENTION PENDING HEARING
                                                    PURSUANT TO BAIL REFORM ACT

Christopher Volden,

                    Defendant,

_____


        Upon motion of the United States it is ORDERED that a detention/preliminary

hearing is set for July 30, 2021 at 10:00 a.m. before Magistrate Judge David T. Schultz, via video

conference.   Pending this hearing, the Defendant shall be held in custody by the United States

Marshal and produced for the hearing.


Dated: July 28, 2021                          *s/ David T. Schultz*
                                              David T. Schultz
                                              U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.