UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No. 21-mj-551 DTS

       Plaintiff,

v.

                                      ORDER OF REMOVAL

Christopher Volden,

       Defendant.

_____

    The above captioned case was before the undersigned United States Magistrate Judge on July 28, 2021.   Defendant waived his right to the removal hearing.

    Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of Ohio, and he is ordered removed to that district for further proceedings.

Dated: July 29, 2021                    _s/ David T. Schultz_
                                   David T. Schultz
                                   U.S. Magistrate Judge