CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:21−mj−00551−DTS−1
*Internal Use Only*

Case title: USA v. Volden

Date Filed: 07/28/2021
Date Terminated: 07/29/2021

Assigned to: Magistrate Judge David T. Schultz

**Defendant (1)**

**Christopher Volden**
*TERMINATED: 07/29/2021*

represented by **Keala C Ede**
Office of the Federal Defender
300 South Fourth Street, Suite 107
Minneapolis, MN 55415
612−664−5858
Fax: 612−664−5850
Email: keala_ede@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612−664−5858
Fax: 612−664−5850
Email: katherian_roe@fd.org
*TERMINATED: 07/29/2021*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alexander D. Chiquoine** |
| | | DOJ–USAO |
| | | 600 U.S. Courthouse |
| | | 300 South Fourth Street |
| | | Minneapolis, MN 55415 |
| | | 612–664–5729 |
| | | Email: alexander.chiquoine@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/28/2021 | | | Arrest (Rule 5) of Christopher Volden.(SAE) (Entered: 07/28/2021) |
| 07/28/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Initial Appearance in Rule 5(c) (3) Proceedings as to Christopher Volden held on 7/28/2021. Charges from the Southern District of Ohio. Counsel to be appointed. Government moves for detention. Motion is granted, temporary detention ordered. Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz. Removal hearing waived. Removal Order to be issued. Defendant consents to this hearing via video conference. (SAE) (Entered: 07/28/2021) |
| 07/28/2021 | 5 | | ORDER OF PRELIMINARY DETENTION as to Christopher Volden. Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz. Signed by Magistrate Judge David T. Schultz on 7/28/2021. (SAE) (Entered: 07/29/2021) |
| 07/29/2021 | 2 | | FILED IN ERROR – NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Christopher Volden. (Ede, Keala) Modified text on 7/29/2021 (KDS). (Entered: 07/29/2021) |
| 07/29/2021 | 3 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Christopher Volden. (Ede, Keala) (Entered: 07/29/2021) |
| 07/29/2021 | 4 | | LETTER TO MAGISTRATE JUDGE *David T. Schultz* by Christopher Volden (Ede, Keala) (Entered: 07/29/2021) |
| 07/29/2021 | 6 | | (Text–Only) NOTICE TO ATTORNEY as to Christopher Volden: Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no |

| | | | |
|---|---|---|---|
| | | | courtroom) before Magistrate Judge David T. Schultz is CANCELED per 4 Letter to Magistrate Judge. (SAE) (Entered: 07/29/2021) |
| 07/29/2021 | 7 | | ORDER OF REMOVAL to the Southern District of Ohio as to Christopher Volden. Signed by Magistrate Judge David T. Schultz on 7/29/2021. (SAE) (Entered: 07/29/2021) |

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL

United States of America,

        Plaintiff,

v.

Christopher Volden,

        Defendant.

BEFORE: DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-551 DTS |
| Date: | July 28, 2021 |
| Video Conference | |
| Time Commenced: | 1:46 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 16 minutes |

APPEARANCES:

    Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
    Defendant: Keala Ede
        X FPD     X To be appointed

    X Advised of Rights

on   X Complaint

X Date charges or violation filed:
X Current Offense: Possession and conspiracy to manufacture, distribute, possess with intent to distribute LSD and MDMA
X **Charges from other District:** Southern District of Ohio
X Title and Code of underlying offense from other District: 21:841
X Case no: 2:21mj478

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is July 30, 2021 at 10:00 a.m. via video conference before U.S. Magistrate Judge David T. Schultz for:
X Detention hrg   X Preliminary hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                s/ JAM
                                                 Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21mj551 (DTS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| CHRISTOPHER BRYAN VOLDEN, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Keala C. Ede shall appear as appointed counsel of record for the above named defendant in this case.

Dated: July 29, 2021

*s/Keala C. Ede*
KEALA C. EDE
Attorney ID No. 387316
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

**OFFICE OF THE**
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

July 29, 2021

<u>VIA ECF & EMAIL</u>

Honorable David T. Schultz
United States Magistrate Judge
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
<u>Email:</u>  MND_Duty_Chambers@mnd.uscourts.gov

Re:  *United States v. Christopher Volden*
 Case No. 21mj551 (DTS)

Dear Magistrate Judge Schultz:

I am writing to inform the Court that I have met with my client, Christopher Volden, and discussed his rights to the preliminary and detention hearings currently scheduled for Friday, July 30, 2021 at 10:00 a.m.  Mr. Volden wishes to inform the Court that he will reserve both his detention and preliminary hearing, and that he elects to have those hearings held in the Southern District of Ohio, which is the District where this prosecution is pending.  Mr. Volden therefore requests to waive the July 30, 2021 court appearance for the preliminary and detention hearings here in the District of Minnesota.

Mr. Volden understands his rights to have these hearings here in the District of Minnesota, and that this decision will require him to remain in custody, at least through his next Court appearance in the Southern District of Ohio.

6

Hon. David T. Schultz　　　　　　　　Page 2　　　　　　　　RE: *United States v. Volden*
July 29, 2021　　　　　　　　　　　　　　　　　　　　　　　　Case No. 21mj551 (DTS)

Should the Court have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*/s/ Keala C. Ede*

KEALA C. EDE
Assistant Federal Defender

KCE/tab

cc:　　Christopher Volden (*via U.S. mail*)
　　　　AUSA Alexander Chiquoine (*via ECF and email*)
　　　　AUSA Michael Hunter, S.D. Ohio (*via ECF and email*)
　　　　USPO Houa Vang (*via ECF and email*)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                              Case No: 21-mj-551 DTS

         Plaintiff,

v.

                                           ORDER OF PRELIMINARY
                                          DETENTION PENDING HEARING
                                          PURSUANT TO BAIL REFORM ACT

Christopher Volden,

         Defendant,

_____

Upon motion of the United States it is ORDERED that a detention/preliminary hearing is set for July 30, 2021 at 10:00 a.m. before Magistrate Judge David T. Schultz, via video conference. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: July 28, 2021                                 *s/ David T. Schultz*
                                                       David T. Schultz
                                                       U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Bcc:
--Case Participants: Keala C Ede (haley_knopik@fd.org, keala_ede@fd.org), Alexander D.
Chiquoine (alexander.chiquoine@usdoj.gov, caseview.ecf@usdoj.gov,
tayler.hawkins@usdoj.gov, usamn.ecfcriminal@usdoj.gov), Magistrate Judge David T. Schultz
(dtschultz@mnd.uscourts.gov, schultz_chambers@mnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7943914@mnd.uscourts.gov
Subject:Activity in Case 0:21-mj-00551-DTS USA v. Volden Notice to Attorney
Content−Type: text/html
```

## U.S. District Court

## U.S. District of Minnesota

### Notice of Electronic Filing

The following transaction was entered on 7/29/2021 at 3:21 PM CDT and filed on 7/29/2021

| | |
|---|---|
| **Case Name:** | USA v. Volden |
| **Case Number:** | 0:21−mj−00551−DTS |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**(Text−Only) NOTICE TO ATTORNEY as to Christopher Volden: Detention and Preliminary Hearing set for 7/30/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge David T. Schultz is CANCELED per [4] Letter to Magistrate Judge. (SAE)**


**0:21−mj−00551−DTS−1 Notice has been electronically mailed to:**

Keala C Ede     keala_ede@fd.org, haley_knopik@fd.org

Alexander D. Chiquoine     alexander.chiquoine@usdoj.gov, caseview.ecf@usdoj.gov, tayler.hawkins@usdoj.gov, usamn.ecfcriminal@usdoj.gov

**0:21−mj−00551−DTS−1 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-mj-551 DTS |
| Plaintiff, | |
| v. | ORDER OF REMOVAL |
| Christopher Volden, | |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge on July 28, 2021. Defendant waived his right to the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of Ohio, and he is ordered removed to that district for further proceedings.

Dated: July 29, 2021

*s/ David T. Schultz*
David T. Schultz
U.S. Magistrate Judge

10