UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                                            Case No.  2:21-mj-478

Christopher Volden

## COURTROOM   MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 8/16/2021 at 2:30pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Mike Hunter |
| Recorder: | Lahana DuFour | Counsel for Deft(s). | Soma Dutta |
| Interpreter: |  | Pretrial/Probation: | Katie Warrent |

Hearing Type:  Bond Hearing

Court finds there are conditions of release that would reasonably assure Defendant's appearance and the safety of the community.