**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:21-mj-478 |
| CHRISTOPHER VOLDEN, | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the proceedings held today.

Accordingly, the proceeding held on this date may be conducted by:

____ video teleconference

_X_ teleconference, because video teleconferencing is not reasonably available for the following reasons:

    _X_ that the defendant is detained at a facility that is lacking video teleconferencing capability.

    ____ other.

**IT IS SO ORDERED.**

                                        s/*Chelsey M. Vascura*
                                        **Chelsey M. Vascura
United States Magistrate Judge**