AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America )
v. )
**Christopher Volden** )  Case No. 2:21-mj-478
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/16/2021

_Christopher Volden_ /s/ by telephone authorization
Defendant's signature

_Soma Dutta_ /s/ by video authorization
Signature of defendant's attorney

Soumyajit Dutta
Printed name and bar number of defendant's attorney

10 W. Broad St. Suite 1020
Address of defendant's attorney

Soumyajit_dutta@fd.org
E-mail address of defendant's attorney

614.469.2999
Telephone number of defendant's attorney

614.469.5999
FAX number of defendant's attorney